UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ, | 1:19-cv-00967-AWI-GSA-PC |
| Plaintiff, | **ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED ON SEPTEMBER 10, 2019** |
| vs. | **(ECF No. 15.)** |
| K. BROWN, et al., | **ORDER FOR CLERK TO SEND PLAINTIFF AN APPLICATION TO PROCEED IN FORMA PAUPERIS ON THE COURT'S FORM** |
| Defendants. | |
| | **ORDER FOR PLAINTIFF TO COMPLETE AND SUBMIT THE APPLICATION TO PROCEED IN FORMA PAUPERIS TO THE COURT, OR PAY THE $400.00 FILING FEE** |
| | **THIRTY-DAY DEADLINE** |

Ricardo Martinez ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on June 19, 2019, together with a motion to proceed *in forma pauperis*, at the United States District Court for the Northern District of California. (ECF No. 1.) On June 27, 2019, the case was transferred to this court.

On July 19, 2019, the court issued an order for Plaintiff to submit an application to proceed *in forma pauperis* on the form used by this court, or pay the $400.00 filing fee for this

action, within thirty days. (ECF No. 11.) The thirty-day time period passed and Plaintiff did pay the filing fee nor submit a new application to proceed *in forma pauperis*. Therefore, on September 10, 2019, the court entered findings and recommendations, recommending that this case be dismissed for Plaintiff's failure to comply with the court's July 19, 2019 order. (ECF No. 14.)

On September 18, 2019, Plaintiff filed objections to the findings and recommendations. (ECF No. 15.) In the objections, Plaintiff asserts that he has submitted applications to proceed *in forma pauperis* three times to the prison's trust account office for processing, without results. According to Plaintiff, the trust account office does not provide a certificate of funds to inmates but chooses to submit the documents to the court.

It appears that Plaintiff has made a good faith effort to comply with the court's July 19, 2019 order. Therefore, the September 10, 2019 findings and recommendations shall be vacated, and Plaintiff shall be granted an additional thirty days to submit a new application to proceed *in forma pauperis*.

Plaintiff should complete and sign the enclosed application to proceed *in forma pauperis* and mail it <u>*directly to the court*</u>. Plaintiff should not submit the application to the prison's trust account office for processing. If Plaintiff is unable to send a copy of his trust account with the application the court will obtain a copy of Plaintiff's trust account statement from the prison, if needed.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on September 10, 2019, are VACATED;
2. The Clerk is directed to SEND Plaintiff a form application to proceed *in forma pauperis*;
3. Within thirty days from the date of service of this order, Plaintiff shall complete and sign the application to proceed *in forma pauperis* and mail it directly to the court; and

///

4. Plaintiff's failure to comply with this order shall result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated: __**September 27, 2019**__                     _____**/s/ Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE