UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>K. BROWN, et al.,<br><br>        Defendants. | 1:19-cv-00967-AWI-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br>**(ECF No. 23.)**<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF**<br>**(ECF Nos. 4, 5, 22.)** |

      Ricardo Martinez ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On June 29, 2020, findings and recommendations were issued, recommending that Plaintiff's motions for preliminary injunctive relief, filed on June 19, 2019, and May 21, 2020, be denied.  (ECF No. 23.)  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations.  (Id.)  The time for filing objections has now expired, and Plaintiff has not filed objections or any other response to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The findings and recommendations issued by the Magistrate Judge on June 29, 2020, are ADOPTED IN FULL;

2. Plaintiff's motions for preliminary injunctive relief, filed on June 19, 2019, and May 21, 2020, are DENIED; and

3. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   August 10, 2020                                           /s/ [signature]
                                                                     SENIOR DISTRICT JUDGE