UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>        Plaintiff,<br><br>   vs.<br><br>K. BROWN, et al.,<br><br>        Defendants. | 1:19-cv-00967-AWI-GSA-PC<br><br>**ORDER DENYING RECONSIDERATION OF AUGUST 10, 2020 ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>**(ECF No. 25.)** |

      Ricardo Martinez ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on June 19, 2019.  (ECF No. 1.)

      On June 29, 2020, findings and recommendations were issued, recommending that Plaintiff's motions for preliminary injunctive relief, filed on June 19, 2019, and May 21, 2020, be denied.  (ECF No. 23.)  Plaintiff did not file timely objections or any other response to the findings and recommendations.  On August 10, 2020, the undersigned adopted the findings and recommendations in full.  (ECF No. 24.)

      On August 24, 2020, Plaintiff notified the court that on July 8, 2020, he had mailed timely objections to the findings and recommendations to the court.  (ECF No. 25.)  Plaintiff attached a copy of the purported objections.  (Id. at 2.)  The court finds no evidence that the

court received the objections. Nevertheless, the court has now reviewed and considered the objections as if timely filed and finds no basis for reconsideration of the August 10, 2020 order adopting the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for reconsideration (Doc. No. 25) is DENIED.

IT IS SO ORDERED.

Dated:  December 2, 2020

SENIOR  DISTRICT  JUDGE