UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,, <br><br> Plaintiff, <br><br> v. <br><br> K. BROWN, et al., <br><br> Defendants. | **1:19-cv-00967-AWI-GSA-PC** <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL** <br> **(ECF No. 30)** <br><br> **ORDER DISMISSING THIS CASE, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM** <br> **(ECF No. 27)** <br><br> **ORDER DIRECTING CLERK TO CLOSE CASE** |

Ricardo Martinez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 25, 2020, findings and recommendations were entered, recommending that this case be dismissed based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983.  (ECF No. 30.)  On October 14, 2020, Plaintiff filed objections to the findings and recommendations.  (ECF No. 31.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file,

including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued by the magistrate judge on September 25, 2020 (Doc. No. 30), are adopted in full;
2. This action is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under § 1983; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   December 2, 2020

_____
SENIOR DISTRICT JUDGE